COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER

Appellate case name:    In re R. Hassell & Company, Inc., R. Hassell Builders, Inc., R. Hassell Holding Company, Inc., and G.R. Group Resources, L.L.C.

Appellate case number:    01-14-00349-CV

Trial court case number:    2013-61995

Trial court:    125th District Court of Harris County

On April 30, 2014, relators, R. Hassell & Company, Inc., R. Hassell Builders, Inc., R. Hassell Holding Company, Inc., and G.R. Group Resources, L.L.C. filed a petition for writ of mandamus and a motion for emergency stay. Realtors' motion for emergency stay is **denied**.

It is so ORDERED.

Judge's signature: /s/ Justice Jim Sharp
⊠ Acting individually    ☐ Acting for the Court

Date: May 1, 2014